## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SHAMEKA MILLER,**

    **Plaintiff,**

**vs.**                                                  **CASE NO.:**

**HERITAGE MANOR ASSISTED**
**LIVING FACILITY, CORP,**
a Florida Profit Corporation,

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, SHAMEKA MILLER, by and through her undersigned counsel, sues the Defendant, HERITAGE MANOR ASSISTED LIVING FACILITY, CORP, a Florida Profit Corporation, and alleges as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq.

2. Venue lies within United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

### PARTIES

3. Plaintiff, SHAMEKA MILLER, is a resident of Hillsborough County, Florida at all times material and worked for Defendant in this Juridical District during the applicable statute of limitations.

4. Defendant, HERITAGE MANOR ASSISTED LIVING FACILITY, CORP, a Florida

Profit Corporation, authorized and doing business in this Judicial District.

5. Plaintiff was an employee of Defendant's pursuant to 29 U.S.C. § 203(e)(l), Defendant was Plaintiff's employer within the meaning of 29 U.S.C. § 203(d), and Defendant employed Plaintiff within the meaning of 29 U.S.C. § 203(g).

## FACTUAL ALLEGATIONS

6. Plaintiff, SHAMEKA MILLER, was employed with Defendant from approximately October 8, 2018 to September 13, 2019 as a Kitchen Manager earning approximately $12.00 per hour.

7. As a Kitchen Manager, Plaintiff worked in excess of 40 hours per work week for which she was not compensated by Defendant at a rate of time and one half her regular hourly rate.

## COUNT I
### (Fair Labor Standard Act - Overtime)

8. Plaintiff realleges paragraphs one (1) through seven (7) as though set forth fully herein.

9. The employment of Plaintiff provided for a forty (40) hour work week but throughout her respective employment Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

10. At all times material, Defendant failed to comply with 29 U.S.C. § 201 et seq., in that Plaintiff worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiff at the rate of time and one-half her regular rate of pay for the hours worked over forty (40) in a work week.

11. Defendant's failure to pay Plaintiff the required overtime pay was intentional and willful.

12. As a direct and legal consequence of Defendant's unlawful acts, Plaintiff has suffered damages and has incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

WHEREFORE, Plaintiff, SHAMEKA MILLER, respectfully request all legal and equitable

relief allowed by law including judgment against Defendant, HERITAGE MANOR ASSISTED LIVING FACILITY, CORP, for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendant's unlawful pay policy and such other relief as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

13. Plaintiff requests a jury trial on all issues so triable.

Dated this 9th day of October, 2019.

**FLORIN, GRAY, BOUZAS, OWENS, LLC**

*/s/ Miguel Bouzas*
**MIGUEL BOUZAS, ESQUIRE**
Florida Bar No.: 48943
miguel@fgbolaw.com
Secondary:  gina@fgbolaw.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942

Attorneys for Plaintiff